# Court of Appeals
# of the State of Georgia

ATLANTA,___August 14, 2015___

*The Court of Appeals hereby passes the following order:*

**A15D0510, A15I0257. HANCOCK ROAD CAPITAL INVESTMENTS, LLC v. CHEROKEE COUNTY, GEORGIA.**

The trial court dismissed Hancock Road Capital Investments, LLC's complaint against Cherokee County seeking a property tax refund. Hancock Road appealed that ruling; the appeal is pending here as Case No. A15A1504. The trial court later granted Cherokee County's motion for attorney fees under OCGA § 9-15-14. Cherokee County has filed both a discretionary application (Case No. A15D0510) and an interlocutory application (Case No. A15I0257) from the fee award.

Although an application for discretionary appeal ordinarily is required to appeal a trial court's ruling on OCGA § 9-15-14 attorney fees, no such application is needed when a direct appeal is pending from the underlying judgment. See *Haggard v. Board of Regents of University System of Georgia*, 257 Ga. 524, 526 (4) (a) (360 SE2d 566) (1987). Thus, because a direct appeal is pending in the underlying case, no application is required.

This Court will grant an otherwise timely discretionary application pursuant to OCGA § 5-6-35 (j) if the order is subject to direct appeal and the applicant has not timely filed a notice of appeal. As it does not appear that Hancock Road has filed a notice of appeal, its application for discretionary appeal in Case No. A15D0510 is hereby GRANTED. Hancock Road shall have ten days from the date of this order to file a notice of appeal with the trial court, if it has not already done so. The trial court is instructed to include a copy of this order in the record transmitted to this Court.

Hancock Road's application for interlocutory appeal in Case No. A15I0259 is DISMISSED as superfluous.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 08/14/2015

*I certify that the above is a true extract from*

*the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court*

*hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*